IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division


NBC UNIVERSAL, INC., ET AL.,        )
                                    )
          Plaintiffs,               )
                                    )
                                    )    No. 1:05cv268
v.                                  )
                                    )
                                    )
NBCUNIVERSAL.COM,                   )
Internet domain name,               )
                                    )
          Defendant.                )


ORDER

    For the reasons stated in the accompanying Memorandum

Opinion, Junak Kwon's Motion To Dismiss is DENIED; and it is

hereby

    ORDERED that unless an Answer to the Complaint is filed

within twenty (20) days of this Order, default judgment will be

entered in plaintiffs' favor.

    The Clerk is directed to forward copies of this Order and the

accompanying Memorandum Opinion to counsel of record.

    Entered this 14th day of July, 2005.


                         _____/s/_____
                         Leonie M. Brinkema
                         United States District Judge


Alexandria, Virginia